DANIEL J. BRODERICK, Bar #89424
Federal Defender
JEREMY S. KROGER, Bar # 258956
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
JESUS JIMENEZ-RINCON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  <br>              Plaintiff,  <br>        v.  <br>JESUS JIMENEZ-RINCON,  <br>              Defendant. | Case No. 1:11-CR-00046 LJO  <br><br>STIPULATION TO CONTINUE SENTENCING SCHEDULE AND HEARING AND  ORDER  <br><br>Date:   August 6, 2012  <br>Time:   8:30 a.m.  <br>Dept :  Hon. Lawrence J. O'Neill |

   IT IS HEREBY STIPULATED by and between the parties hereto, and through their respective attorneys of record herein, that the sentencing hearing in the above-referenced action now scheduled for July 30, 2012, and the associated filing dates, **may be continued one week to August 6, 2012 at 8:30 a.m.**

   The parties request this one-week continuance for continuity of counsel because defense counsel is unavailable on July 30, 2012.  Further, the parties agree that informal objections may be filed on **July 16, 2012,** and formal objections on **July 30, 2012.**

///

///

///

///

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for further plea negotiation and defense preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B).

BENJAMIN B. WAGNER
United States Attorney

DATED: June 13, 2012   By:   /s/ Yasin Mohammad
YASIN MOHAMMAD
Assistant United States Attorney
Attorney for Plaintiff


DANIEL J. BRODERICK
Federal Defender

DATED: June 13, 2012   By:   /s/ Jeremy S. Kroger
JEREMY S. KROGER
Assistant Federal Defender
Attorney for Defendant
Jesus Jimenez-Rincon

# O R D E R

**IT IS SO ORDERED.**  Time is excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B).

IT IS SO ORDERED.

**Dated:   June 14, 2012**        /s/ Lawrence J. O'Neill
UNITED STATES DISTRICT JUDGE